UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

ANTHONY LAMONT MOORE,  Case No. 2:15-CV-140

    Plaintiff,  HON. GORDON J. QUIST

v.

UNKNOWN LARSEN, et al.,

    Defendants.

_____/

# ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Timothy Greeley's December 28, 2017, Report and Recommendation recommending that Plaintiff's motion for injunctive relief be denied. The Report and Recommendation was duly served on the parties on December 28, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b).

Therefore,

**IT IS HEREBY ORDERED** that the December 28, 2017, Report and Recommendation (ECF No. 87) is **approved and adopted** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Injunctive Relief (ECF No. 79) is **DENIED**.

Dated: February 2, 2018                                              /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE